# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD HORA AND ELENA HORA, )<br><br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CREDIT SUISSE FIRST BOSTON )<br>FINANCIAL CORPORATION, )<br>NATIONAL DEFAULT SERVICING )<br>CORPORATION, WELLS FARGO, N.A. )<br>AND MORTGAGE ELECTRONIC )<br>REGISTRATION SYSTEMS, INC., )<br>)<br>Defendants. )<br>_____ ) | Case No.:  2:09-cv-02267-GMN-PAL<br><br>**ORDER OF DISMISSAL WITHOUT<br>PREJUDICE PURSUANT TO<br>RULE 4(m) FEDERAL RULES OF<br>CIVIL PROCEDURE** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE

Plaintiffs having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is **DISMISSED** without prejudice as to **Defendant NATIONAL DEFAULT SERVICING CORPORATION.**

DATED this 27th day of January, 2011.

_____
Gloria M. Navarro
United States District Judge