UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD HORA and ELENA HORA, ) | |
| ) | Case No.: 2:09-cv-02267-GMN-PAL |
| Plaintiffs, ) | |
| vs. ) | **ORDER** |
| ) | |
| CREDIT SUISSE FIRST BOSTON ) | |
| FINANCIAL CORPORATION., et al., ) | |
| ) | |
| Defendants. ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 39) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered December 22, 2010, in which Magistrate Judge Leen recommended that Plaintiffs' Complaint be dismissed by January 3, 2011, if Plaintiffs had not yet retained counsel or filed a notice that they will be proceeding *pro se*. No objections have been filed, nor have Plaintiffs retained counsel or filed a notice that they intend to proceed *pro se*.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and has determined that Magistrate Judge Leen's Recommendation should be ACCEPTED. Because Plaintiffs have not yet retained counsel or filed a notice that they intend to appear *pro se*, Plaintiffs' Complaint is DISMISSED and the Lis Pendens is RELEASED.

**IT IS THEREFORE ORDERED** that Magistrate Judge Leen's Report and Recommendation (ECF No. 39) is **ACCEPTED**. Plaintiff's Complaint is therefore **DISMISSED with prejudice** and the Lis Pendens is **RELEASED**.

**IT IS FURTHER ORDERED** that all other pending Motions are **DENIED** as moot.

DATED this 9th day of March, 2011.

_____
Gloria M. Navarro
United States District Judge